UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY DEWAYNE WOODS,<br><br>    Plaintiff,<br><br>    v.<br><br>D. HANSON, et al.,<br><br>    Defendants. | Case No. 22-cv-05104-JD<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a state prisoner acting pro se, filed a civil rights action. Plaintiff was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was provided twenty-eight days to correct these deficiencies. More than twenty-eight days has passed, and plaintiff has not paid the fee, filed a complete application to proceed IFP or otherwise communicated with the Court. The case is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

Dated: October 25, 2022

                      JAMES DONATO
                      United States District Judge