UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY DEWAYNE WOODS,<br>　　　　Plaintiff,<br>　v.<br>D. HANSON, et al.,<br>　　　　Defendants. | Case No. 22-cv-05104-JD<br><br>**ORDER REOPENING CASE** |

Plaintiff, a state prisoner acting pro se, filed a civil rights action. The case was dismissed without prejudice due to plaintiff's failure to submit an application to proceed in forma pauperis ("IFP") or pay the filing fee. After the case was closed plaintiff sent a check to the court for $350 but no IFP application. The Court returned the check to plaintiff because the case was closed.

Plaintiff is informed that the full filing fee is $402. He may either submit a check for the full filing fee of $402 or he may submit an IFP application. This case is **REOPENED** and plaintiff must submit the full filing fee or an IFP application within **twenty-eight days** of service of this order. Failure to follow these instructions may result in this case being dismissed.

**IT IS SO ORDERED.**

Dated: December 16, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　
JAMES DONATO
United States District Judge